UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-236-T-33TGW

DION GREGORY FISHER
SAMUEL BLAINE HUFFMAN

## BILL OF PARTICULARS
**(Forfeiture)**

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case:

a. An order of forfeiture in the amount of proceeds obtained by the defendant as well as the amount involved in the money laundering offenses;

b. A 2005 Bentley Continental Coupe Automobile, Vehicle Identification Number SCBCR63W55C025362 registered in the name of and held by Dion Fisher;

c. All funds in Kellogg Community Credit Union member account number 347554, held in the name of Dion Fisher;

d. Approximately 18 pieces of assorted jewelry seized from 6580 Seminole Boulevard, Lot 617, Seminole, Florida, on or about February 15, 2018;

    e.    Approximately $9,520 seized from 6580 Seminole Boulevard, Lot 617, Seminole, Florida, on or about February 15, 2018;

    f.    2009 Audi R8 4.2 Quattro, Vehicle Identification Number WUAAU34219N002963; and

    g.    2005 Aston Martin DB9 Volante, Vehicle Identification Number SCFAD01A85GA01092

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Fla. Bar No. 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney