UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Case No. 8:18-cr-236-T-33TGW

Plaintiff, ☐
Government ☒

☒ Evidentiary
☐ Trial
☐ Other

v.

DION GREGORY FISHER
Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photograph from Nassau Court looking towards 102nd Avenue |
| 2 | | | | Photograph from 102nd Avenue looking towards Nassau court |
| 3 | | | | Photograph of 102nd Avenue from corner of Nassau Court and 102nd Avenue |
| 4 | | | | Photograph of corner of Nassau Court with Stop Sign and One Way sign |