UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:18-cr-236-T-33TGW

      Plaintiff,          ☐
      Government          ☒          ☐ Evidentiary
                                 ☒ Trial
                                 ☐ Other
v.

DION GREGORY FISHER
      Defendant          ☐

# **EXHIBIT LIST**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photograph of Express Worldwide label addressed to Dion Fisher from Xiamen Eco-Sources in Hong Kong dated June 3, 2016 PSCO-00011 |
| 2 | | | | Photograph of Pro-Forma Invoice from Xiamen Eco-Sources to Dion Fisher PSCO-00003, 0005, 0008 |
| 3 | | | | Photograph of pill press in box PSCO-00004, 00006, 00010 |
| 4 | | | | Photograph of pill press attachment PCSO-00009 |
| 5 | | | | Photographs, close-up of labels on Pill press in box PSCO-00001, 00007 |
| | | | | |
| 6 | | | | Pill Press wrapped in plastic PCSO-00012 |

Case No.: 8:18-cr-236-T-33TGW                                    Page 2 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 100 | | | | Photograph of 49th Street – Unit B-2 PCSO00231 |
| 101 | | | | Video of 49th Street Work bay, office and back of Maserati on February 15, 2018 PCSO-00234 |
| 101a | | | | Clip of GE 101 - Video of 49th Street Work bay and back of Maserati on February 15, 2018 (starting at 1:12 – 9:02) |
| 101b | | | | Clip of GE 101 - Video of 49th Street Work bay office on February 15, 2018 |
| 102 | | | | Photograph of blue Maserati in front of Unit B-2 PCSO-00225 |
| 103 | | | | Photograph of White Box addressed to Dion Fisher in evidence bag PCSO-00192-193 |
| 104 | | | | Photograph of Yellow Orange LV bag in evidence bag PCSO-00194 |
| 105a | | | | Photograph of individual baggies in evidence bag PCSO-00195, 208 |
| 106a | | | | Photograph of AWS digital scale in Evidence bag PCSO-00184 |
| 107a | | | | Photograph of Invoice from Jia Lung in Sichun, China to Dion Fisher – Seat Switches PCSO-00210 |
| | | | | |
| 110 | | | | Video of 66th Street Work Bay on February 15, 2018 PSCO-00240 |
| 110a | | | | Clip of GE 110 – video of 66th |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | Street Work Bay on February 15, 2018 PSCO-00240 (through 2:57) |
| 111 |  |  |  | Photograph Black standing locker PSCO-00241 |
| 112 |  |  |  | Photographs of black locker on ground being opened PCSO-00242-43 |
| 113 |  |  |  | Photographs of open black locker PSCO-00261-62 |
| 114 |  |  |  | Photographs of items in open black locker PCSO-00244-50 |
| 115 |  |  |  | Photographs of Chute PCSO-000260, -00259 |
| 116 |  |  |  | Photographs of items on top of black locker PSCO-00304 -02 |
| 117 |  |  |  | Photographs of Pyrex dish PCSO-00305, 314 |
| 118 |  |  |  | Photograph of mortar & pestal PCSO-00313 |
| 119 |  |  |  | Photographs of sifter and items PCSO-00306; 309, 310 |
| 120 |  |  |  | Photographs of tan locker PCSO-00263; 353 |
| 121 |  |  |  | Photographs of tan safe open PCSO-00277, 292 |
| 122 |  |  |  | Photographs of items from tan safe and baggies of blue pills PSCO-00290 -91, -00293 -94 |
| 123 |  |  |  | Intentionally blank |
| 124 |  |  |  | Photographs of bags of Microcrystalline cellulose PSCO-00252-53, 00266-271 |
| 125 |  |  |  | Photographs of Firmapress in |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | silver bag<br>PCSO-00254 - 255 |
| 126 | | | | Photographs of Magnesium Stearate<br>PCSO-00256 - 58 |
| 127 | | | | Photographs of brown USPS First Class Mail box addressed to Dion Fisher<br>PSCO-00275-76 |
| 128 | | | | *Intentionally blank* |
| 129 | | | | Photographs of pill press<br>PSCO-00289, 286, 287, 288 |
| 130 | | | | Photographs of pill press<br>PSCO-00356, 355 |
| 131 | | | | Photographs of three pill presses on ground<br>PSCO-00315 - 017 |
| 132 | | | | Photographs of pill stamp<br>PSCO-00370 - 71 |
| 133 | | | | Photograph of pill stamp<br>PSCO-00354 |
| 134 | | | | Photographs of Bentley<br>PCSO-00357 - 359 |
| | | | | |
| 136 | | | | Photographs of Black Bentley<br>PSCO-00358 - 360 |
| 137 | | | | Photographs of silver Bentley at AK Tires<br>PSCO-01149 - 50 |
| 138 | | | | Photograph of silver Bentley in front of AK Tires & Rims sign<br>PSCO-01148 |
| 139 | | | | *Intentionally Blank* |
| 140 | | | | Photograph of Gold Mazerati with license number G7326H<br>PSCO-01157 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 141 | | | | Photograph of front of gold Mazerati PSCO-01145 |
| | | | | |
| 142 | | | | Photograph of black Audi RM in garage at Fisher residence SW-00236 |
| 143 | | | | Photograph of rear of black Audi R8 with Florida Transporter tag G1412I SW-00269 |
| 145 | | | | Plastic File Folder (black) (#40) |
| 145-1 | | | | Photograph of Plastic File Folder - GE 145 |
| 145a | | | | Onyx Invoice for Audi Q5 for $9995 |
| 145b | | | | Photograph of Dion Fisher and Samuel Huffman |
| 145c | | | | Gold & Diamonds Sales Receipts and orders |
| 145c-1 | | | | Photographs of Gold N Diamond receipts SW-00526-527 |
| 145d | | | | Florida dealer registration for plate G7322H for Million Dollar Plans |
| 145e | | | | Louis Vitton Receipts in Envelopes (10) found at Fisher residence |
| 145f | | | | Johnston Jewelry sales invoice and appraisal for Patek Phillippe |
| 145g | | | | Johnston Jewelry appraisals (5) |
| 145h | | | | Highline Custom Jewelry sales receipt dated 6/20/16 for plug design pendant |
| 145i | | | | Coach mail order receipts (2) |
| 145j | | | | Boxing fight tickets – Mayweather (4) and Canelo |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 145k | | | | Certificate of Title for 2008 Maserati – seller: Levon Fisher buyer: Dion Fisher dated 6/4/15, addressed to Dion Fisher in Battle Creek MI |
| 145l | | | | Michigan Title and Duplicate Title for Audi Q5 in name of Levon Fisher |
| | | | | |
| 145m | | | | Invoices from Auto Shops for Repairs for Bentley |
| 145n | | | | $5000 wire transfer to Appiskey and Legal Zoom paperwork for Dion Fisher for   Trademark for food delivery |
| 145o | | | | Florida Residential Lease Agreement for Dion Fisher for dated October 12, 2016 for 10124 Nassau Court |
| 145p | | | | IGS Appraisal for diamond pendant and chain found at Fisher residence |
| 145q | | | | 2011 Porsche Panamera Sales documents to Onyx Automotive dated 6/10/15 and bill of sale to Dion Fisher dated 6/22/15 in Fedex envelope |
| 145r | | | | Money Order for $914.10 to Hardee Tax Collector or 2015 Taxes for 2476 Greenleaf Rd |
| 145s | | | | Wells Fargo Bank Cash Deposits into accounts ending in 1543 ($1165) and 0405 ($1500) dated 12/16/16 |
| 146 | | | | Trax jewelry valuations of skull rings (tammy – copy front and back of folder and one valuation) |
| 146a | | | | Photograph of Trax jewelry |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | valuations SW-00293-0294 |
| 147 | | | | Delta plane boarding passes for Shanghai trip in June 2017 |
| 147a | | | | Photographs of Delta tickets SW-00283, 290, 322 |
| 148 | | | | Chinese visa paperwork for Dion Fisher dated 5/24/17 |
| 148a | | | | Photograph of Chinese visa paperwork found at Fisher residence SW-00449 |
| 149 | | | | Dion Fisher Passport – Chinese Visa page 18 |
| 149a | | | | Photograph of Dion Fisher passport SW—00424 – 432 |
| 150 | | | | Dion Fisher Airline Tickets – Las Vegas, Puerta Plata & New Orleans found at Fisher residence |
| 150a | | | | Photographs of airplane tickets found at Fisher residence SW- 284, 506, 507 |
| 151 | | | | Hotel receipts for Dion Fisher found at Fisher residence |
| 151a | | | | Photographs of hotel receipts found at Fisher residence SW-00397, 406, 407 |
| 152 | | | | Sales paperwork for 2476 Greenlef Rd, Zolfo Springs; Seller Dion Fisher found at Fisher residence |
| 153 | | | | Florida Vehicle Registration for 2005 Bentley in Dion Fisher name found at Fisher residence – 2 copies |
| 153a | | | | Photographs of Exhibit 153 found at Fisher residence |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | SW-00395, 510 |
| 154 | | | | Florida Vehicle Registration of Aston Martin in Dion Fisher name found at Fisher residence |
| 154a | | | | Photograph of Aston Martin registration found at Fisher residence SW-00305 |
| 155 | | | | Duke Energy bill dated 1/9/18 in the name of Million Dollar Plans LLC for 13791 49th Street N., 2B |
| 156 | | | | Gold n Diamond receipts in Dion Fisher name found at Fisher residence |
| 156a | | | | Photograph of Gold N Diamond Invoice SW-00460 |
| 157 | | | | Hancock Bank Dion Fisher starter checks and checkbooks and TopDog Hot Dog checkbook,   and records |
| 157a | | | | Photographs of Hancock Bank records found at Fisher residence SW-00346, 503, 528 |
| 158 | | | | Wells Fargo bank records for accounts ending in 3514 and 1543; Wells Fargo credit card records for accounts ending 2790 and 1810 |
| 159 | | | | Regions Bank records for Million Dollar Plan 2/8/18, phone number 727-666-5970 |
| 160 | | | | T-Mobile Telephone Bill in the name of Million Dollar Plans LLC for 813-526-9932 |
| 160b | | | | Photograph of T-Mobile bill |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | SW-00354 |
| 161 | | | | FedEx Invoice dated April 26, 2013 for Dion Fisher, Fisher Company for Drill Machine from Shanghai China |
| 161a | | | | Photograph of Fed ex invoice SW-00347-53 |
| 162 | | | | Publix Money Transfer from Dion Fisher to YunfenWeng in China dated October 4, 2015 for $385 |
| 163 | | | | Shipping Label from Mr. Zhao in Beijing China to Dion Fisher, 10124 Nassau Court dated 1/15/18 for clothes, with Fendi and Louis Vitton, China, and EMS Invoices for Beijing China for gifts |
| 163a | | | | Photographs of Fendi and Louis Vitton receipts SW-00475, 558 |
| 164 | | | | Amscot receipts for $829.25 dated May 3, 2017 and July 1, 2017 found at Fisher residence |
| 165 | | | | Shipping labels off items found at Fisher residence box dated June 2017 |
| 166 | | | | Ice cream baggies found at Fisher residence |
| 167a | | | | Photograph of cash found at Fisher residence SW-00493 |
| 167b | | | | Photograph of cash found at Fisher residence SW-00656 |
| 168 - 169 | | | | *Intentionally blank* |
| 170 | | | | Photographs of pill stamp from McKinney Residence PCSO-01064 – 69 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 171 | | | | Photographs of pill presses from McKinney residence PCSO-01080, 1082, 1105-6, 1110, 1113 |
| 172 | | | | Photograph of work bay #24, Past and Present Auto Sales, Inc. PCSO-01124 |
| **Drug Exhibits** | | | | |
| **(Nassau Ct)** | | | | |
| 200 | | | | Black AWS digital scale, Field Inventory number 6, DEA Exhibit number 8 |
| 200a | | | | Photograph of GE200 |
| 200b | | | | Photo of Black digital scale SW-00366 |
| 201 | | | | Black AWS digital scale, Field Inventory number 17, DEA Exhibit number 13 |
| 201a | | | | Photograph of GE201 |
| 201b | | | | Photograph of black scale SW-00491 |
| 202 | | | | One small pill and ice cream jeweler bag, Field Inventory number 18, DEA Exhibit number 14 |
| 202a | | | | Photograph of GE 202 |
| 202b | | | | Photograph of one small pill and ice cream jeweler bag SW-00481 |
| 203 | | | | 2 small plastic baggies with tablets and powder and spoon, Field Inventory number 22, DEA Exhibit number 15 |
| 203a | | | | Photograph of GE 203 |
| 203b | | | | Photo of 2 small plastic baggies with tablets and powder and spoon SW-00531 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 204 | | | | Two small plastic baggies containing blue and yellow pills, Field Inventory number 25, DEA Exhibit number 19 |
| 204a | | | | Photograph of GE 204 |
| 204b | | | | Photograph of Two small plastic baggies containing blue and yellow pill SW-00537 |
| 205 | | | | Manilla Envelope containing plastic bag with powder, Field Inventory number 27, DEA Exhibit number 21 |
| 205a | | | | Photograph of GE 205 |
| 205b | | | | Photograph of Manilla Envelope containing plastic bag with powder SW-00501 |
| 206 | | | | Two plastic bags with powder, Field Inventory number 51, DEA Exhibit number 22 |
| 206a | | | | Photograph of GE 206 |
| 206b | | | | Photograph of Two plastic bags with powder SW-00660 |
| 207 | | | | Photograph white computer box with baggie with powder and field test showing positive for fentanyl SW-00502 |
| **(49th Street)** | | | | |
| 208 | | | | Multiple small plastic baggies, DEA Exhibit number 44 |
| 208a | | | | Photograph of GE 208 |
| 208b | | | | Photo small plastic baggies on February 15, 2018 PCSO-00195 |
| 209 | | | | Postal Label to Dion Fisher, 10124 Nassau Court, Seminole, |

Case No.: 8:18-cr-236-T-33TGW                           Page  12  of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | FL 33776, DEA Exhibit number 42 |
| 209a | | | | Photograph of GE 209 |
| 210 | | | | Black AWS digital scale, DEA Exhibit number 60 |
| 210a | | | | Photograph of GE 210 |
| 210b | | | | Photo from AWS scale in evidence bag PCSO-00184 |
| 211 | | | | Plastic bag containing brown powder, DEA Exhibit number 63 |
| 211a | | | | Photograph of GE 211 |
| 211b | | | | Photograph of Brown powder in evidence bag PCSO-00190 |
| 212 | | | | Large silver bag of white powder, DEA Exhibit number 62 |
| 212a | | | | Photograph of GE 212 |
| 213 | | | | Tan bag containing blue pills, DEA Exhibit number 66 |
| 213a | | | | Photograph of GE 213 |
| 213b | | | | Photograph of blue pills in individual baggies in LV bag PCSO-00209 |
| 214 | | | | Bag containing purple powder, DEA Exhibit number 49 |
| 214a | | | | Photograph of GE 214 |
| 214b | | | | Photograph of purple powder in bag PCSO-000203 |
| 215 | | | | Bag containing white powder, DEA Exhibit number 65 |
| 215a | | | | Photograph of GE 215 |
| 215b | | | | Photograph of white powder in bag PCSO-00197 |
| 216 | | | | Plastic bag containing brown |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | powder, DEA Exhibit Number 67 |
| 216a | | | | Photograph of GE 216 |
| 216b | | | | Photograph of Brown powder in bag PCSO-00187 |
| 217 | | | | Small jewelers bags containing blue pills, DEA Exhibit number 50 |
| 217a | | | | Photograph of GE 217 |
| 217b | | | | Photograph of blue pills in small jeweler bags PCSO-00205 |
| 218 | | | | Black bowl of brown powder residue, DEA Exhibit number 55 |
| 218a | | | | Photograph of GE 218 |
| 219 | | | | Plastic top to Grinder, DEA Exhibit number 56 |
| 219a | | | | Photograph of GE 219 |
| **(66th Street)** | | | | |
| 221 | | | | Blue pills and small spiderman jeweler bags, DEA Exhibit number 33 |
| 221a | | | | Photograph of GE 221 |
| 222 | | | | Multiple blue and yellow pills, DEA Exhibit 28 |
| 222a | | | | Photo of GE 222 |
| 223 | | | | *Intentionally blank* |
| 224 | | | | Silver pill stamps, DEA Exhibit number 25 |
| 224a | | | | Photograph of GE 224 |
| 225 | | | | Plastic bag of Microcrystalline Cellulose, DEA Exhibit 30 |
| 225a | | | | Photograph of GE 225 |
| 226 | | | | Two DEA evidence bags containing blue Firmapress and white powder, DEA Exhibits |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | 27 and 32 |
| 226a | | | | Photograph of GE 226 |
| 227 | | | | Bag of 1588 blue pills in Louis Vitton bag, DEA Exhibit number 6 |
| 227a | | | | Photograph of GE 227 |
| 227b | | | | Photographs of blue pills in bag and Louis Vitton bag MCKINNEY-PHOTOS-00012, 00011 |
| **(Kulic)** | | | | |
| 228 | | | | 5 blue pills in ice cream printed jeweler bag, 17-009841, dated 12/14/17 |
| 228a | | | | Photograph of GE228 |
| 229 | | | | 499 blue pills with imprint A215, 17-009979, dated 12/15/17 |
| 229a | | | | Photograph of GE 229 |
| 229b | | | | 5 small spiderman jeweler bags, 17-009979, dated 12/15/17 |
| 229c | | | | Photo of GE 229b |
| 230 | | | | 499 blue pills with imprint A215, 17-010161, dated 12/20/17 |
| 230a | | | | Photograph of GE 230 |
| 230b | | | | 5 small spiderman jeweler bags, 17-010161, dated 12/20/17 |
| 230c | | | | Photo of GE 230b |
| 230d | | | | One manilla envelope, 17-010161, dated 12/20/17 |
| 230e | | | | Photograph of GE 230d |
| **(McKinney)** | | | | |
| 231 | | | | Purple powder in bags, Item 5A and 5B, 18-00810, dated 1/31/18 |
| 231a | | | | Photograph of GE 231 |
| 231b | | | | Photograph of powder from |

Case No.: 8:18-cr-236-T-33TGW                                    Page 15 of 32 Pages

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | January 30, 2017 PCSO-01170 - 71 |
| 232 | | | | 94 blue pills, Item 2, 18-00810, 1/31/18 |
| 232a | | | | Photograph of GE 232 |
| 232b | | | | Photograph of blue pills from January 30, 2017 PCSO-01188 |
| 233 | | | | Large bag of white powder and pills marked ETH446, Item 10, 18-00810, 1/31/18 |
| 233a | | | | Photograph of GE 233 |
| 233b | | | | Photograph of white pills in plastic bin PCSO-1093 1102 |
| 233c | | | | Close-up photograph of white pills PSCO-01091 |
| 234 | | | | White and purple powder in plastic bags, Items 7, 8, 9 in 18-00810, dated 2/2/18 |
| 234a | | | | Photograph of GE 234 |
| 234b | | | | Photograph of white and purple powder bags in red tool box at 50th Way location PCSO-01128 – 1133, 01135-36, 1138 |
| **Video/Audio /Transcripts** | | | | |
| 300 | | | | Recorded phone call and meeting between Danny Kulic and Dion Fisher on 12/14/17 |
| 300a | | | | Clip of GE 300 – Recorded phone call and meeting between Danny Kulic and Dion Fisher on 12/14/17 |
| 300b | | | | Transcript of GE 300a – clip of Recorded phone call and |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | meeting between Danny Kulic and Dion Fisher on 12/14/17 |
| 301 | | | | Recorded meeting between Danny Kulic and Dion Fisher on 12/14/17 |
| 301a | | | | Clip of GE 301 - Recorded meeting between Danny Kulic and Dion Fisher on 12/14/17 |
| 301b | | | | Transcript of GE 301a - recorded meeting between Danny Kulic and Dion Fisher on 12/14/17 |
| 302 | | | | Recorded call from Danny Kulic to Dion Fisher on 12/14/17 |
| 302a | | | | Transcript of GE 302 - recorded call from Danny Kulic to Dion Fisher on 12/14/17 |
| 303 | | | | Recorded meeting between Danny Kulic and Dion Fisher at Walmart on 12/15/17 |
| 303a | | | | Clip of GE 303 - Recorded meeting between Danny Kulic and Dion Fisher at Walmart on 12/15/17 |
| 303b | | | | Transcript of GE 303a Recorded meeting between Danny Kulic and Dion Fisher at Walmart on 12/15/17 |
| 303c | | | | Photograph from GE303a of Dion Fisher in aisle |
| 303d | | | | Photograph from GE303a of Dion Fisher in aisle, closer view |
| 303e | | | | Photograph from GE 303a of Kevita bottle on shelf |
| 303f | | | | Photograph from GE 303a of bottle in Dion Fisher's hand |
| 304 | | | | Walmart video surveillance |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | from 12/15/17 from three store locations |
| 305 | | | | Recorded call from Danny Kulic to Dion Fisher on 12/20/17 |
| 305a | | | | Transcript of GE 305 - Recorded call from Danny Kulic to Dion Fisher on 12/20/17 |
| 306 | | | | Video recording before meeting between Danny Kulic and Dion Fisher on 12/20/17 |
| 307 | | | | Walmart surveillance video from 12/20/17 from two store locations |
| | | | | |
| 308 | | | | Recorded call between Christopher McKinney and Dion Fisher on January 31, 2018 |
| 308a | | | | Transcript of GE 308 - Recorded call between Christopher McKinney and Dion Fisher on January 31, 2018 |
| 309 | | | | Recorded call between Christopher McKinney and Dion Fisher on February 2, 2018 |
| 309a | | | | Transcript of GE 309 - Recorded call between Christopher McKinney and Dion Fisher on February 2, 2018 |
| 310 | | | | Recorded Meeting between Christopher McKinney and Dion Fisher at 49th Street on February 2, 2018 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 310a | | | | Clip of GE310 - Recorded Meeting between Christopher McKinney and Dion Fisher at 49th Street on February 2, 2018 |
| 310b | | | | Transcript of GE 310 - Recorded Meeting between Christopher McKinney and Dion Fisher at 49th Street on February 2, 2018 |
| 311 | | | | Recorded call between Christopher McKinney and Dion Fisher on February 10, 2018 |
| 311a | | | | Transcript of GE 311- Recorded call between Christopher McKinney and Dion Fisher on February 10, 2018 |
| **Business Records** | | | | |
| 400 | | | | Counter Offer dated 6/24/2015 Buyer: Dion Fisher STEWART-00004 - 15 |
| 401 | | | | AS-IS Residential Contract for Sale and Purchase for 2476 Greenleaf Road Zolfo Springs FL STEWART-00018 – 29 |
| 402 | | | | Settlement Statement for 2476 Greenleaf Road Zolfo Springs FL STEWART-00030 - 33 |
| 403 | | | | Wire Transfer Authorization from Whitney/Hancock Bank from Dion Fisher to Stewart Title Company dated 07/21/2015 STEWART-00052 |
| | | | | |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 404 | | | | Wire Transfer from Dion Fisher WORLDWIDE AUTO-00003 |
| 405 | | | | Worldwide Auto Inc. Credit Card Authorization WORLDWIDE-AUTO-00004 |
| 406 | | | | Worldwide Auto Inc. Invoice WORLDWIDE-AUTO-00005 |
| 407 | | | | Email from Dion Fisher to Sally Saucedo at Worldwide Auto WORLDWIDE-AUTO-00020 |
| 408 | | | | Dion Fisher Application for JG Auto Finance Inc. and copy of driver's license NAL-00001 - 2 |
| 409 | | | | National Auto Lender Florida Addendum to Retail Sales Contract for 2005 Bentley NAL-00004 - 7 |
| 410 | | | | Hancock Bank Cashier's Check to National Auto Lender dated July 27, 2015 and deposit detail NAL-00008 - 9 |
| 411 | | | | Electronic Title Copy for 2005 Bentley, Owner Dion Fisher NAL-00025 |
| 412 | | | | Buyer Seller Agreement for 2005 Bentley NAL-00016 - 18 |
| 413 | | | | Payment History Report for Account 025362Co NAL-00027 |
| 414 and 415 | | | | *Intentionally blank* |
| 416 | | | | Georgia Certificate of Title for 2011 Porsche Panamera ONYX-CARS-00056 - 57 |
| 417 | | | | Onyx Automotive Invoice |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | dated 6/22/2015 for sale of Porsche Panamera to Dion Fisher ONYX-CARS-00058 - 59 |
| 418 | | | | Onyx Rebuilt Statement for 2011 Porsche Panamera ONYX-CARS-00063 - 64 |
| 419 | | | | Declaration Affidavit tor Motor Vehicle to be Title and Registered in another State for 2011 Porsche Panamera ONYX-CARS-00061 |
| | | | | |
| 420 | | | | Sales Receipt/Bill of Sale for 2009 Audi R8 dated 8/10/15 ONYX-CARS-00004 - 5 |
| 421 | | | | Title for 2009 Audi R8 ONYX-CARS-00055 and 00002 |
| 422 | | | | Certificate of Distruction Statement from Onyx Automotive for 2009 Audi R8 ONYX-CARS-00003 |
| 423 | | | | Bank of America Cashier's Check for $34,000 for purchase of 2009 Audi R8 ONYX-CARS-00054 |
| 424 | | | | Suncoast Credit Union Cashier's Check for $6,969 for purchase of 2009 Audi R8 ONYX-CARS-00053 |
| | | | | |
| 425 | | | | Title for 2012 BMW 328i ONYX-CARS-00071 - 72 |
| 426 | | | | Florida Vehicle Registration for 2012 BMW 328i ONYX-CARS-000074 |
| 427 | | | | ONYX Invoice dated 8/27/15 for sale of 2012 BMW 328i |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | ONYX-CARS-00076 - 77 |
| 428 | | | | Rebuilt Statement for 2012 BMW 328i ONYX-CARS-00078 |
| 429 | | | | Application for Certificate of Title for 2012 BMW 328i ONYX-CARS-00079-80 |
| 430 | | | | Dion Fisher Driver License for purchase of 2012 BMW 328i ONYX-CARS-00090 |
| | | | | |
| 431 | | | | Certificate of Title – 2005 Aston Martin ONYX-CARS-00011 - 12 |
| 432 | | | | Bill of Sale dated 12/19/16 for 2005 Aston Martin ONYX-CARS-00014 |
| 433 | | | | Application for Certificate of Title for 2005 Aston Martin ONYX-CARS-00015 - 16 |
| 434 | | | | Vehicle Identification Number and Odometer Verification for 2005 Aston Martin ONYX-CARS-000018 |
| 435 | | | | Dion Fisher Driver License for purchase of 2005 Aston Martin ONYX-CARS-00024 |
| 436 | | | | Pricing Recap for purchase of 2005 Aston Martin ONYX-CARS-00028 |
| 436a | | | | Aston Martin Buyer Receipt ONYX-CARS-00010 |
| 437 | | | | Affidavit For Partial Exemption of Motor Vehicle Sold for Licensing in Another State for 2010 Audi Q5 ONYX-CARS-00093 |
| 438 | | | | Title for 2010 Audi Q5 ONYX-CARS-00097 - 98 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 439 | | | | Email containing copy of Lavone David-Jermaine Fisher's Driver's License ONYX-CARS-00099 |
| 440 | | | | Onyx Invoice dated 4/25/16 for sale of 2010 Audi Q5 ONYX-CARS-00100 - 101 |
| 441 | | | | Onyx Receipt for 2010 Audi Q5 ONYX-CARS-00112 |
| 442 - 449 | | | | *Intentionally Blank* |
| 450 | | | | National Auto Lenders records NAL-00001 -- 0002; NAL-00004 -- 00018; NAL-00025 -- 00027 |
| 451 | | | | Worldwide Auto Lenders, Inc. business records WORLDWIDE-AUTO-00002 -- 00024 |
| 452 | | | | Publix supermarket business record of money orders PUBLIX-00003 -- 00010 |
| 453 | | | | Stewart Title Company business records STEWART-00002 -- 00075 |
| 454 | | | | Western Union business record/spreadsheet WU-00002 |
| 455 | | | | Gold and Diamond business record invoices GDT-00001-00006 |
| 456 | | | | Lavone David-Jermaine Fisher Driver License ONYX-CARS-00006 |
| 457 | | | | Amscot Financial money transfer records AMSCOT-00002 – 32 |
| **Bank Records** | | | | |
| 500 | | | | Hancock Bank signature card |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | for account ending in 9814 in the name of Dion Fisher HANCOCK-9814-00101 - 00102 |
| 501 | | | | Hancock Bank statements, checks and deposit slips and items for account ending in 9814 (account name Dion Fisher) for October 2, 2013 through October 8, 2015 HANCOCK-9814-00002 - 100 |
| 502 | | | | Hancock Bank statement for account ending in 9814 dated 3/10/2015 to 4/8/2015 with accompanying deposit slip dated 3/23/2015 reflecting $24,000 cash deposit HANCOCK-9814-00070 - 00073 |
| 503 | | | | Wire Transfer from Dion Fisher to Worldwide Auto Inc. dated 3/23/2015 for $22,950 HANCOCK-9814-00107 |
| 504 | | | | Hancock Bank statement for account ending in 9814 dated 6/9/2015 to 7/8/2015 with accompanying deposit slip dated 6/19/2015 reflecting $30,000 check deposit HANCOCK-9814-00083 - 00088 |
| 504a | | | | Pinellas Federal Credit Union Official Check number 0000360763 dated June 18, 2015 payable to Dion Fisher for $30,000 HANCOCK-9814-00088 |
| 505 | | | | Hancock Bank statement for |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | account ending in 9814 dated 7/9/2015 to 8/10/2015 with accompanying deposit slips dated 7/17/2015 and 7/27/15 reflecting $30,000 check deposits HANCOCK-9814-00089 - 00093 |
| 506 | | | | Hancock Bank statement for account ending in 9814 dated 8/11/2015 to 9/9/2015 with accompanying deposit slip dated 8/24/2015 reflecting $30,000 check deposit HANCOCK-9814-00094 - 00097 |
| 507 | | | | Hancock Bank Statement, Page 5, for account ending in 9814 reflecting $30,920.51 wire out HANCOCK-9814-00090 |
| 508 | | | | Pinellas Federal Credit Union Statements dated January 1, 2015 to December 31, 2105 for account ending in 1670 in the name of Anna M. Wolfe and Konrad P. Guzewicz KONRAD-PFCU-00361-00373 |
| 509 | | | | Pinellas Federal Credit Union Statements dated January 1, 2015 to December 31, 2015 for account ending in 1410 in the name of Anna M. Wolfe and Konrad P. Guzewicz KONRAD-PFCU-00214-00246 |
| 510 | | | | Pinellas County Federal Credit Union Statement dated June 1, 2015 to June 30, 2015 for |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | account ending in 1670 reflecting $30,000 withdrawal KONRAD-PFCU-000367 |
| | | | | |
| 511 | | | | Bank of America Statements dated January 1, 2015 to December 31, 2015 for account ending in 7106 in the name of Onyx Automotive LLC BOA-7106-00214 - 00331 |
| 512 | | | | Bank Of America check #1743 drawn on account ending in 7106 payable to Dion Fisher for $30,000 BOA-7106-01495 - 01496 |
| 513 | | | | Bank of America deposit items for account ending in 7106 for the period January 1, 2015 to December 31, 2015 BOA-7106-03258 - 03558 |
| 514 | | | | Bank of America deposit dated June 19, 2015 consisting of eight $1000 money orders BOA-7106-03374 - 3383 |
| 515 | | | | Bank of America deposit dated July 2, 2015 consisting of two $1000 money orders BOA-7106-03404 - 3406 |
| 516 | | | | Bank of America deposit dated August 10, 2015 consisting of seven $1000 money orders BOA-7106-03452 - 3461 |
| | | | | |
| 517 | | | | Bank of America statements dated January 1, 2015 to December 31, 2015 for account ending in 9813 in the name of AK Tires & Rims LLC BOA-9813-00188 - 00313 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 518 | | | | Bank of America deposits dated January 1, 2015 to December 31, 2015 for account ending in 9813 in the name of AK Tires & Rims LLC BOA-9813-10112 - 10752 |
| 519 | | | | Bank Of America check #005730 drawn on account ending in 9813 payable to Dion Fisher for $30,000 BOA-9813-05257 - 05258 |
| 520 | | | | Membership Application for Suncoast Credit Union account ending in 2798 SCFCU-00028 – 30 |
| 521 | | | | Suncoast Credit Union statements dated January 1, 2015 to December 31, 2015 for account ending in 2798 in the name of Anna Wolfe and Konrad Guzewicz SFCU-00236 - 262 |
| 522 | | | | Suncoast Credit Union deposit items for account ending in ending in 2798 for the period January 1, 2015 to December 31, 2015 SCFCU-00107-00140 |
| 523 | | | | Suncoast Credit Union check #001008 drawn on account 2798 payable to Dion Fisher for $30,000 SCFCU-00064 |
| 524 | | | | Bank of America records for account ending in 9813 in the name of AK Tires & Rims LLC |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | BOA-9813-00002 -- 10753 |
| 525 | | | | Bank of America records for account ending in 7106 in the name of Onyx Automotive LLC<br>BOA-7106-00002 -- 03558 |
| 526 | | | | Hancock Bank records for Dion Fisher accounts<br>HANCOCK-9814-00002 -- 00112<br>HANCOCK-6775-00002 -- 00024<br>HANCOCK-9806-00002 -- 00085<br>HANCOCK-MISC-00002 -- 5<br>HANCOCK-MISC-00007-- 12 |
| 526a | | | | Hancock Bank opening documents for account ending in 9806 in the name of Top Dog Hot Dog LLC<br>HANCOCK-9806-00002 -- 00008 |
| 526b | | | | Hancock Bank statements, deposits and withdrawals for account ending in 9806 in the name of Top Dog Hot Dog LLC<br>HANCOCK-9806-00009 -- 00085 |
| 527 | | | | Kellogg Community Credit Union records for Dion Fisher accounts<br>KELLOGG-0002 -- 00081 |
| 528 | | | | Pinellas Federal Credit Union records for the accounts in the name of Anna M. Wolfe and Konrad P. Guzewicz<br>KONRAD-PFCU-00001 -- |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | 00483<br>KONRAD-PFCU-487 -- 1370 |
| 529 | | | | Suncoast Credit Union records for account ending in 2798 in the name of Anna Wolfe and Konrad Guzewicz<br>SCFCU-00001 -- 00396 |
| 530 | | | | Hancock Bank Withdrawal Slip dated August 5, 2015 for $22,000 drawn on account ending in 9814 in the name of Dion Fisher<br>Hancock-9814-00092 |
| 531 | | | | Bank of America Deposit Slip and Item dated August 6, 2015 for account ending in 7106 in the name of Onyx Automotive LLC for $22,000<br>BOA-7106-03444 - 03445 |
| 532 | | | | Money orders in the amount of $1000 payable to Onyx Automotive from Dion Fisher, dated 6/15/15 through 8/6/15<br>BOA-7106-00532, 00534, 00536, 00546, 00548, 00550, 00604, 00592, 00608, 00776, 00778, 00780, 00782, 00784, 00786, 00788, 00790 |
| 533 | | | | Wells Fargo accounts for Dion Fisher<br>WF-1543-00004 -- 331<br>WF-1810-00004 -- 27<br>WF-2790-00004 -- 23<br>WF-7475-00004 -- 47<br>WF-8889-00004 -- 17<br>WF-8897-00004 -- 17<br>WF-8897-00004 -- 113 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | WF-9865-00004 -- 9 |
| 533a | | | | Wells Fargo Consumer Account Application for account ending in 1543 in the name of Dion Fisher WELLS FARGO-1543-00004 -- 00006 |
| 533b | | | | Wells Fargo statements, deposits, and withdrawals for account ending in 1543 in the name of Dion Fisher WELLS FARGO-1543-00007 – 00220 |
| 533c | | | | Wells Fargo digital video snapshot of Dion Fisher making deposit on March 21, 2017 WELLS FARGO-1543-00222 |
| 533d | | | | Wells Fargo digital video snapshot of Dion Fisher making deposit on April 13, 2017 WELLS FARGO-1543-00224 |
| 533c | | | | Wells Fargo digital video snapshot of Dion Fisher making deposit on April 27, 2017 WELLS FARGO-1543-00221 |
| 533e | | | | Wells Fargo Business Account Application for account ending in 8889 in the name of Million Dollar Plans LLC WELLS FARGO-8889-00004 -- 00008 |
| 533f | | | | Wells Fargo statements and deposits for account ending in 8889 in the name of Million Dollar Plans LLC |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | WELLS FARGO-8889-00009 - - 00017 |
| 533g | | | | Wells Fargo Business Account Application for account ending in 8897 in the name of Million Dollar Plans LLC WELLS FARGO-8897-00004 - - 00008 |
| 533h | | | | Wells Fargo statements, deposits, and withdrawals for account ending in 8889 in the name of Million Dollar Plans LLC WELLS FARGO-8897-00009 - - 00113 |
| 533i | | | | Wells Fargo statements for Secured Card ending in 1810 in the name of Dion Fisher WELLS FARGO-1810-00004 - - 00027 |
| 533j | | | | Wells Fargo statements for Secured Card ending in 2790 in the name of Dion Fisher WELLS FARGO-2790-00004 - - 00023 |
| 534 | | | | Netspend Records NETSPEND-4390-00002 -- 64 |
| **Summary Charts** | | | | |
| 600 | | | | Summary Chart 1 – Purchase of 2008 Maserati Granturismo – Count 9 |
| 601 | | | | Summary Chart – Flow Diagram of Counts 10, 11, 13, and 16 |
| 602 | | | | Summary Chart – Cash Deposits to Guzewicz's bank accounts |
| 603 | | | | Summary Chart– Guzewicz's |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
|  |  |  |  | Cash Deposits Graph |
| 604 |  |  |  | Summary Chart– Count 10 |
| 605 |  |  |  | Summary Chart– Count 11 |
| 606 |  |  |  | Summary Chart– Count 13 |
| 607 |  |  |  | Summary Chart– Count 16 |
| 608 |  |  |  | Summary Chart – Purchase of Property – Count 12 |
| 609 |  |  |  | Summary Chart – Purchase of 2005 Bentley Continental - Count 14 |
| 610 |  |  |  | Summary Chart – Purchase of 2009 Audi R8 - Count 15 |
| 611 |  |  |  | Spreadsheet for Hancock Bank account ending in 9814 in the name of Dion Fisher |
| 612 |  |  |  | Spreadsheet for Pinellas Federal Credit Union account ending in 1670 in the name of Wolfe and Guzewicz |
| 613 |  |  |  | Spreadsheet for Bank of America account ending in 7106 in the name of Onyx Automotive LLC |
| 614 |  |  |  | Spreadsheet for Bank of America account ending in 9813 in the name of AK Tires & Rims, LLC |
| 615 |  |  |  | Spreadsheet for Suncoast Credit Union account ending in 2798 in the name of Wolfe and Guzewicz |
| 616 |  |  |  | Timeline of Fisher/Gusewicz transactions |
| 617 |  |  |  | Summary of Cash Deposits and Purchases by Dion Fisher |

**EXHIBIT LIST - Continuation Sheet**