**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:18-cr-236-T-33TGW | **DATE:** May 31, 2019 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| | **GOVERNMENT COUNSEL** <br> **Kelley Howard-Allen, AUSA** <br> **Maria Guzman, AUSA** |
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **DION GREGORY FISHER** | **KENNETH MARTIN, CJA** |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** Tamecika Lee |
| **TIME:** 8:49 AM – 10:36 AM; 10:51 AM – 11:14 AM; 12:22 PM – 3:01 PM <br> **TOTAL:** 4 hours 49 minutes | **COURTROOM:** 14B |

**PROCEEDINGS:**   JURY TRIAL -DAY 4

| | |
|---|---|
| 8:49 AM | Court called to order. |
| 9:11 AM | Jury enter. Direct examination of Mr. Corbett continues. |
| 9:16 AM | Cross-examination of Mr. Corbett. |
| 9:18 AM | Mr. Corbett excused. |
| 9:19 AM | Government's witness: Dexter McGee sworn and testified on direct examination. |
| 9:53 AM | Mr. McGee excused. |
| 9:54 AM | Government's witness: Phillip Pione sworn and testified on direct examination. |

| | |
|---|---|
| 10:36 AM | Short break. |
| 10:51 AM | Jury enter. Direct examination of Mr. Pione continues. |
| 11:05 AM | Cross-examination of Mr. Pione. |
| 11:08 AM | Re-direct examination of Mr. Pione. |
| 11:09 AM | Mr. Pione excused. |
| 11:14 AM | Lunch break. |
| 12:22 PM | Jury enter the courtroom. |
| 12:23 PM | Government's witness: Christopher Mckinney sworn and testified on direct examination. |
| 2:56 PM | Jury dismissed for the day. |
| 3:01 PM | Court adjourned. Court will resume at 9:00 a.m. on 6/3/2019. |