UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-236-T-33TGW

DION GREGORY FISHER

### VERDICT

### Count One of the Indictment

As to the offense of conspiracy to possess with intent to distribute and to manufacture and distribute a controlled substance, in violation of Title 21 U.S.C. § 846,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__    Not Guilty _____

If you find the Defendant not guilty as charged in Count One, you need not consider the paragraphs below but should instead proceed to consider the next count.

If you find the Defendant guilty of Count One, you need to determine which controlled substance(s) were involved in the conspiracy and the weight of the controlled substance(s) involved.

The conspiracy involved the following controlled substance(s) (check all that apply):

 a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance; and/or

   ✓    a mixture and substance containing a detectable amount of methoxyacetyl fentanyl, 2-methoxy-N-(1-phenethylpiperidin-4-yl)-N-phenylacetamide, a Schedule I controlled substance.

If you find the Defendant conspired to possess with the intent to distribute and manufacture and distribute fentanyl, you must determine the weight involved (check only one):

    ✓    400 grams or more

    ____    <400 grams but greater than 40 grams

    ____    Less than 40 grams

If you find the Defendant conspired to possess with the intent to distribute and manufacture and distribute methoxyacetyl fentanyl, you must determine the weight, involved (check only one):

    ✓    100 grams or more

    ____    <100 grams but greater than 10 grams

    ____    Less than 10 grams

### Count Two of the Indictment

As to the offense of possession with intent to distribute and distribution of a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1),

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__                       Not Guilty _____

**Count Three of the Indictment**

As to the offense of possession with intent to distribute and distribution of a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1),

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__          Not Guilty _____

**Count Four of the Indictment**

As to the offense of possession with intent to distribute and distribution of a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1),

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__          Not Guilty _____

**Count Five of the Indictment**

As to the offense of possession with intent to distribute of a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1),

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__    Not Guilty _____

If you find the Defendant not guilty as charged in Count Five, you need not consider the paragraph below but should instead proceed to consider the next count.

If you find the Defendant guilty of Count Five, you must determine the weight of the fentanyl involved. Check only one.

__X__ 40 grams or more

_____ Less than forty grams

**Count Six of the Indictment**

As to the offense of possession with intent to distribute a mixture or substance containing a detectable amount of fentanyl, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1),

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__    Not Guilty _____

If you find the Defendant not guilty as charged in Count Six, you need not consider the paragraph below but should instead proceed to consider the next count.

If you find the Defendant guilty of Count Six, you must determine the weight of the fentanyl involved. (check only one)

    __X__ 400 grams or more

    _____ <400 grams but greater than 40 grams

    _____ Less than 40 grams

**Count Seven of the Indictment**

As to the offense of possession with intent to distribute a mixture or substance containing a detectable amount of pentylone, a Schedule I controlled substance, in violation of Title 21 U.S.C. § 841(a)(1),

We, the Jury, find the defendant, Dion Fisher:

Guilty _____       Not Guilty __X_____

**Count Nine of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X_____       Not Guilty _____

**Count Ten of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X_____       Not Guilty _____

**Count Eleven of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X_____        Not Guilty _____

**Count Twelve of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X_____        Not Guilty _____

**Count Thirteen of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X_____        Not Guilty _____

**Count Fourteen of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X_____        Not Guilty _____

**Count Fifteen of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__          Not Guilty _____

**Count Sixteen of the Indictment**

As to the offense of engaging in an illegal monetary transaction, in violation of Title 18 U.S.C. § 1957,

We, the Jury, find the defendant, Dion Fisher:

Guilty __X__          Not Guilty _____

SO SAY WE ALL, this __5__ day of June, 2019.

_[signature]_
FOREPERSON